UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
IN THE CIRCUIT COURT OF THE _____ JUDICIAL COURT
_____ COUNTY, ILLINOIS

**SYLVESTER BRINSON,** _____ , )
    Petitioner, )
    v. ) **08 C 50 0 70**
**Dr. MESROBIAN, et al.,** _____ , )
    Respondent /Defendants. ) Kapala

*FILED APR 22 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

### APPLICATION TO SUE OR DEFEND AS A POOR PERSON

Applicant, **SYLVESTER BRINSON** _____ , respectfully requests the Court, pursuant to *Illinois [see 735 ILCS 5/5-105]* and *Rule 298 of the Illinois Supreme Court*, to grant him leave to sue / defend as a poor person; in support applicant state that the following facts are true in substance and in fact:

1. I am the Petitioner / Respondent in the above captioned legal proceedings.

2. I am a poor person and unable to prosecute / defend this action and am unable to pay the costs, fees and expenses of the action.

3. My occupation or means of subsistence:
    (a) I am not currently employed due to my imprisonment at *Logan Correctional Center*, but I do receive a state stipend/nominal wages of $ **10.00** per month.
    (b) The amount and source of all other income or support are:
    _____ .0
    _____
    _____

4. My total income for the preceding year was $ _____ .0 .

5. The sources and amount of income expected by me hereafter are:
    _____ .0

6. The nature and current value of any property, real or personal, owned by me:
    (a) Real Estate: _____ .0 Value: $ .0
    (b) Motor Vehicle: _____ Value: $ .0
    (c) Cash, saving, checking, etc: _____ Value: $ .0
    (d) Prison trust account: _____ Value: $ .0
    (e) Other (eg. TV, etc): _____ Value: $ .0

7. No application for leave to sue or defend as a poor person were filed by me or on my behalf during the preceding year, except as follows:
    _____ *NONE*

8. I believe in good faith that I have a meritorious claim/defense.

    s/ *Sylvester Brinson* R29606
    Type / Print Name **SYLVESTER BRINSON**
    Register Number: **R-29606**
    Logan Correctional Center
    1096 1350th Street / Box 1000
    Lincoln, Illinois 62656
    Petitioner / Respondent, Pro Se

```
BRINSON, SYLVESTER
REG.NO.R-29606   UNIT: 6-N-01.
LOGAN C.C.
BOX-1000
LINCOLN, IL.
```

# CERTIFICATE

[ TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER. ]

I hereby certify that the plaintiff or petitioner in this action has the sum of $ _____.\_\_\_\_\_ in his trust fund account at this correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution: _____

_____

_____

_____

_____
Authorized Officer

_____
Institution

_____
Title

_____
Date

IMPORTANT:

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLANTIFF'S TRUST FUND ACCOUNT.

Revised January 2002

| | |
|---|---|
| Date: 1/2/2008 | Page 1 |
| Time: 3:31pm | |
| d_list_inmate_trans_statement_composite | |

## Dixon Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 12/01/2007 thru End;   Inmate: R29606;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R29606 Brinson, Sylvester**         **Housing Unit: DST-SW-60-45**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 38.06 |
| 12/03/07 | Point of Sale | 60 Commissary | 337732 | 554398 | Commissary | -19.20 | 18.86 |
| 12/10/07 | Mail Room | 01 MO/Checks (Not Held) | 344229 | 135580 | Williams, James H. | 5.00 | 23.86 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348115 | | P/R month of 11/2007 | 14.40 | 38.26 |
| 12/14/07 | Disbursements | 84 Library | 348315 | Chk #77524 | 84816230, DOC: 523 Fund Librar, Inv. Date: 11/29/2007 | -.50 | 37.76 |
| 12/14/07 | Disbursements | 84 Library | 348315 | Chk #77524 | 84816085, DOC: 523 Fund Librar, Inv. Date: 11/28/2007 | -2.30 | 35.46 |
| 12/14/07 | Disbursements | 84 Library | 348315 | Chk #77524 | 84818012, DOC: 523 Fund Librar, Inv. Date: 12/12/2007 | -1.10 | 34.36 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80815662, DOC: 523 Fund Inmate, Inv. Date: 11/26/2007 | -.41 | 33.95 |
| 12/14/07 | Disbursements | 81 Legal Postage | 348315 | Chk #77525 | 81817169, DOC: 523 Fund Inmate, Inv. Date: 12/07/2007 | -.17 | 33.78 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80815250, DOC: 523 Fund Inmate, Inv. Date: 11/20/2007 | -4.80 | 28.98 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80816007, DOC: 523 Fund Inmate, Inv. Date: 11/28/2007 | -1.38 | 27.60 |
| 12/14/07 | Disbursements | 81 Legal Postage | 348315 | Chk #77525 | 81818025, DOC: 523 Fund Inmate, Inv. Date: 12/13/2007 | -.17 | 27.43 |
| 12/17/07 | Point of Sale | 60 Commissary | 351726 | 555977 | Commissary | -27.00 | .43 |
| 12/18/07 | Mail Room | 10 Western Union - Not Held | 352200 | 3262689859 | BRINSON, WYLENE | 40.00 | 40.43 |

| | |
|---|---|
| **Total Inmate Funds:** | 40.43 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 6.07 |
| **Funds Available:** | 34.36 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 12/17/2007 | 80818655 | Disb | Postage 12/17/07 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 12/18/2007 | 84819061 | Disb | o.a.e.v.s. copies-legal | 2 DOC: 523 Fund Library | $0.20 |
| 12/19/2007 | 80819171 | Disb | Postage 12/19/07 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 12/19/2007 | 80819188 | Disb | Postage 12/19/07 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.31 |
| 12/20/2007 | 80819467 | Disb | Postage 12/20/07 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 12/21/2007 | 80819786 | Disb | Postage 12/21/07 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 12/26/2007 | 80820284 | Disb | Postage 12/26/07 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 12/31/2007 | 84820684 | Disb | copies | 99999 DOC: 523 Fund Inmate Reimburseme | $2.10 |
| | | | | **Total Restrictions:** | **$6.07** |

Date: 3/28/2008
Time: 9:32am
d_list_inmate_trans_statement_composite

# Logan Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 01/28/2008 thru End;  Inmate: R29606;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: R29606 Brinson, Sylvester**  **Housing Unit: LOG-06-N -01**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | 0.00 |
| 02/11/08 | Payroll | 20 Payroll Adjustment | 042154 |  | P/R month of 01/2008 | .00 | .00 |
| 02/17/08 | Mail Room | 10 Western Union | 048200 | 8270981512 | BRINSON, WYLENE | 50.00 | 50.00 |
| 02/18/08 | Mail Room | 10 Western Union | 049200 | 1328993820 | DAVIS, JASMINE | 40.00 | 90.00 |
| 02/21/08 | Point of Sale | 60 Commissary | 052783 | 582720 | Commissary | -82.68 | 7.32 |
| 02/27/08 | Mail Room | 04 Intake and Transfers In | 058281 | 78553 | Dixon C.C. | 9.36 | 16.68 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070150 |  | P/R month of 02/2008 | 8.84 | 25.52 |
| 03/17/08 | Disbursements | 80 Postage | 077350 | Chk #31571 | 80-469, DOC: 523 Fund Inmate R, Inv. Date: 02/25/2008 | -.41 | 25.11 |
| 03/17/08 | Disbursements | 80 Postage | 077350 | Chk #31571 | 80-472, DOC: 523 Fund Inmate R, Inv. Date: 02/26/2008 | -.41 | 24.70 |
| 03/17/08 | Disbursements | 84 Library | 077350 | Chk #31572 | 84-080, DOC: 523 Fund Library, Inv. Date: 02/25/2008 | -1.40 | 23.30 |
| 03/17/08 | Mail Room | 01 MO/Checks (Not Held) | 077281 | 154560 | Williams, James | 5.00 | 28.30 |
| 03/19/08 | Point of Sale | 60 Commissary | 079783 | 586454 | Commissary | -28.26 | .04 |
| 03/20/08 | Mail Room | 01 MO/Checks (Not Held) | 080281 | 154561 | Williams, Jane | 5.00 | 5.04 |
| 03/25/08 | Mail Room | 10 Western Union | 085200 | 0759626962 | BRINSON, WYLENE | 50.00 | 55.04 |
| 03/25/08 | Point of Sale | 60 Commissary | 085783 | 587200 | Commissary | -48.83 | 6.21 |

|  |  |
|---:|---:|
| Total Inmate Funds: | 6.21 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 6.12 |
| Funds Available: | .09 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 03/19/2008 | 90-169 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 03/20/2008 | 90-170 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 03/21/2008 | 80-521 | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 03/24/2008 | 84-092 | Disb | Library | 2 DOC: 523 Fund Library | $1.30 |
|  |  |  |  | Total Restrictions: | $6.12 |