UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

Sylvester Brinson
       Plaintiff,

v.            Case No.: 3:08−cv−50070
            Honorable Frederick J. Kapala

Dr Mesrobian, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

  MINUTE entry before the Honorable P. Michael Mahoney:Status hearing/Settlement conference held on 6/25/2008. Status hearing/Settlement Conference set for 8/12/2008 at 10:00 AM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.