IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| SYLVESTER BRINSON, | ) | |
| | ) | |
| Plaintiff, | ) | No.08-C-50070 |
| | ) | |
| v. | ) | Judge Frederick J. Kapala |
| | ) | Judge P. Michael Mahoney |
| DR. ANTREAS MESROBIAN, et al., | ) | |
| | ) | |
| Defendants. | | |

**NOTICE OF MOTION**

On September 19, 2008, at 1:30 p.m., or soon thereafter as counsel may be heard, I shall appear before the Honorable P. Michael Mahoney, or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 206, at 211 South Court Street, Rockford, Illinois 61101, and then and there present the attached Motion Of Dr. Antreas Mesrobian And Dr. Patricia Vickroy For An Extension Of Time To Respond To Plaintiff's Complaint.

**Name:** CHARYSH & SCHROEDER, LTD.        **Attorney for:** Certain Defendants
**Address:** 33 North Dearborn, Suite 1300    **City:** Chicago
**Telephone:** (312) 372-8338                **Atty:** 6182862

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he served a copy of the foregoing documents on all attorneys of record via electronic notification to EFC participants, and by U.S. Mail to non-EFC participants at their respective addresses by depositing copies of same with proper postage prepaid in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on September 2, 2008.

By: s/ William Michael LeCrone
Attorney for Certain Defendants